UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEVIN B. BRASHEAR AND CHRISTOPHER S. KITCHEN, individually and on behalf of similarly situated individuals | CIVIL ACTION 3:19-cv-00201-L<br><br>JUDGE SAM A. LINDSAY |
| VERSUS | |
| PANINI AMERICA, INC. | JURY DEMANDED |

## MOTION TO CERTIFY CLASS

**NOW INTO COURT**, through undersigned counsel, come Putative Class Plaintiffs, **Kevin B. Brashear and Christopher S. Kitchen**, (hereinafter "Plaintiffs" and/or "Class Representatives"), individually and on behalf of all others similarly situated, file the instant Motion to Certify Class in compliance with LR 23.2, as more fully stated in the attached Brief in Support.

Respectfully Submitted,

**MARTZELL, BICKFORD & CENTOLA**

/s/ *Scott R. Bickford*
**SCOTT R. BICKFORD, T. A. (TX 02295200)**
usdcedtx@mbfirm.com
338 Lafayette Street
New Orleans, LA 70130
Tel:   (504) 581-9065
Fax:   (504) 581-7365
**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2019, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Scott R. Bickford*
Scott R. Bickford