IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **KEVIN B. BRASHEAR and CHRISTOPHER S. KITCHEN,** *individually and on behalf of similarly situated individuals*, <br><br>          Plaintiffs, <br>v. <br><br>**PANINI AMERICA, INC.,** <br><br>          Defendant. | § § § § § § § § § § § § § § Civil Action No. **3:19-CV-201-L** |

## JUDGMENT

The court issues this judgment pursuant to its memorandum opinion and order of May 21, 2020. It is, therefore, **ordered, adjudged, and decreed** that this action by Kevin B. Brashear and Christopher S. Kitchen, individually and on behalf of similarly situated individuals ("Plaintiffs"), against Panini America, Inc. is **dismissed without prejudice** for lack of subject matter jurisdiction; and that all allowable and reasonable costs are taxed against Plaintiffs.

**Signed** this 21st day of May, 2020.

Sam A. Lindsay
United States District Judge

**Judgment - Solo Page**